# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CRIMINAL NO. 10-CR-30141-DRH |
| | ) | |
| ARLANDA ANTONIO JONES, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER OF FINDING OF NO THIRD-PARTY INTERESTS
## (FINAL ORDER OF FORFEITURE)

**HERNDON, Chief Judge:**

On August 18, 2010, this court entered an order for forfeiture against defendant Arlanda Antonio Jones, for the following property which had been seized from the defendant:

**One .380 Hi-Point semi-automatic Model CF 380 pistol bearing serial number 840343W, and all ammunition contained therein.**

The order further provided that the government would provide an opportunity for persons to claim a legal interest in the property pursuant to 21 U.S.C. § 853(n)(1).

The court notes that notice was published by the government on an official government website, www.forfeiture.gov, for 30 consecutive days beginning March 29, 2012, and ending April 27, 2012, and that no third party filed a petition within 30 days after the last date of the publication to allege an interest in the property.

Consequently, the court hereby finds, pursuant to 21 U.S.C. § 853(n)(7), that no third-party petitions were filed and that the United States of America has clear title

to the above-described property that is the subject of the Order of Forfeiture filed on August 18, 2010, namely:

**One .380 Hi-Point semi-automatic Model CF 380 pistol bearing serial number 840343W, and all ammunition contained therein.**

The Bureau of Alcohol, Tobacco, Firearms, and Explosives or the United States Marshal shall dispose of the property according to law. The disposal may, at the discretion of the United States, include the destruction of the property. The destruction may be done at such time and location and by such persons as designated by the Bureau of Alcohol, Tobacco, Firearms, and Explosives or the United States Marshal.

**IT IS SO ORDERED.**

**DATE: July 19, 2012**

David R. Herndon
2012.07.19
09:35:09 -05'00'

**Chief Judge
United States District Court**